UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRANCE JON IRBY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CAROLYN MUNDEN and ELDON VAIL,<br><br>　　　　Respondents. | NO.  CV-09-5077-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING WRIT OF MANDAMUS, DENYING *IN FORMA PAUPERIS* STATUS, AND DENYING PENDING MOTIONS AS MOOT |

Magistrate Judge Imbrogno filed a Report and Recommendation on November 3, 2009, recommending Mr. Irby's "Motion for Writ of Mandamus" (Ct. Rec. 3) and his Applications to Proceed In Forma Pauperis (Ct. Recs. 1 and 7) be denied.  In response, Mr. Irby filed an Answer (Ct. Rec. 12) and a Motion to Voluntarily Dismiss Complaint (Ct. Rec. 13). Mr. Irby raises no objections to the recommendations.  Therefore, **IT IS ORDERED** the Report and Recommendation (Ct. Rec. 9) is **ADOPTED in its entirety**, the Motion (Ct. Rec. 3) and Applications (Ct. Recs. 1and 7) are **DENIED.   IT IS FURTHER ORDERED** all pending motions are **DENIED as moot.**

ORDER -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, and close the file.

**DATED** this 19th day of November 2009.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
United States District Judge

Q:\Civil\2009\9cv5077ci-11-19-ADPdenymandamus.wpd

ORDER -- 2