UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TERRANCE JON IRBY,

        Petitioner,

   v.

CAROLYN MUNDEN and ELDON, VAIL,

        Respondents.

NO.  CV-09-5077-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation in its entirely.  The Motion (Ct Rec 3) and Applications (Ct Rec. 1 and 7) are **DENIED**, and all pending motions are **DENIED as moot**.  The case is closed and Judgment is entered.

DATED: November 19, 2009

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal, Deputy Clerk